Jacobson, Nierman & Silbert, for appellant; Sidney C. Nierman and David Silbert, of counsel; William E. Roderiguez, for appellee; Richard P. Garrett, of counsel. Opinion by PRESIDING JUSTICE TUOHY. Not to be published in full. Opinion filed January 11, 1950; released for publication January 24, 1950.

## Thomas King, Appellee, v. Chicago Transit Authority, Appellant.

### Gen. No. 44,822.

Werner W. Schroeder, William S. Allen, and Charles F. White, for appellant; Arthur J. Donovan and James E. Hastings, of counsel; Joseph D. Ryan, Louis P. Miller, and Louis G. Davidson, for appellee. Opinion by PRESIDING JUSTICE TUOHY. Not to be published in full. Opinion filed January 23, 1950; released for publication February 3, 1950.

## L. E. Kahn and M. F. Dresdner, Appellees, v. Annie Loeffler, Individually and Trustee Under Last Will and Testament of Adolph Loeffler, Deceased, Appellant.

### Gen. No. 44,834.